IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01904-CMA-MEH

KNOB HILL CHAPTER 26, DISABLED AMERICAN VETERANS, INC.,

    Plaintiff,

v.

NOVA CASUALTY COMPANY,

    Defendant.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 2, 2015**.

    The Joint Motion to Amend Scheduling Order [filed January 29, 2015; docket #33] is **granted**. For good cause shown, paragraph 9 of the Scheduling Order shall be modified as follows:

| | |
|---|---|
| Initial expert disclosures due: | March 20, 2015 |
| Rebuttal expert disclosures due: | April 20, 2015 |
| Discovery cutoff: | June 1, 2015 |

All other deadlines and conference dates shall remain the same.