IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01904-CMA-MEH

KNOB HILL CHAPTER 26, DISABLED AMERICAN VETERANS, INC.,

    Plaintiff,

v.

NOVA CASUALTY COMPANY,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 24, 2015**.

    The Joint Motion for Entry of Protective Order [filed February 13, 2015; docket #36] is **granted**. The parties' proposed protective order is accepted and filed contemporaneously with this minute order.