IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01904-CMA-MEH

KNOB HILL CHAPTER 26, DISABLED AMERICAN VETERANS, INC.,

    Plaintiff,

v.

NOVA CASUALTY COMPANY,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 21, 2015**.

    The Second Joint Motion to Amend Scheduling Order [filed April 20, 2015; docket #40] is **granted in part and denied in part**. The parties demonstrate good cause for their request to extend the rebuttal expert deadline; however, they do not demonstrate good cause for a 50-day extension of the discovery cutoff and, by necessity, for the the dispositive motions deadline and final pretrial conference date. Accordingly, paragraph 9 of the Scheduling Order shall be modified as follows:

Rebuttal expert disclosures due:    May 4, 2015

All other deadlines and conference dates shall remain the same.