IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01904-CMA-MEH

KNOB HILL CHAPTER 26, DISABLED AMERICAN VETERANS, INC.,

    Plaintiff,

v.

NOVA CASUALTY COMPANY,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 5, 2016**.

    The Stipulated Motion to Vacate January 11, 2016 Pretrial Conference [filed January 4, 2016; docket #51] is **granted**. The Final Pretrial Conference scheduled in this case for January 11, 2016 is **vacated**. The parties shall file dismissal papers with the Court on or before February 1, 2016.