**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-01904-CMA-MEH

KNOB HILL CHAPTER 26, DISABLED AMERICAN VETERANS, INC.,

    Plaintiff,

v.

NOVA CASUALTY COMPANY,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

    Pursuant to and in accordance to the Stipulation of Dismissal With Prejudice (Doc. # 54), signed by the attorneys for the parties hereto, it is

    ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs.

    DATED:  January 19, 2016

                                  BY THE COURT:

                                  _____
                                  CHRISTINE M. ARGUELLO
                                  United States District Court Judge